**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

REX AND ROBERTA LING LIVING
TRUST U/A DECEMBER 6, 1990, as
amended, JOHN TAYLOR JONES, and
DAVID THOMAS JONES, Individually
and On Behalf of All Others Similarly
Situated,

NO. 1:17-cv-04937 (JPO)

                  Plaintiffs,

    - against -

B COMMUNICATIONS LTD.,
EUROCOM COMMUNICATIONS LT.,
D.B.S SATELLITE SERVICES (1998)
LTD., SHAUL ELOVITCH, OR
ELOVITCH, RON EILON, STELLA
HANDLER, DAVID MIZRAHI, MICKY
NEIMAN, ALLON RAVEH, ITZIK
TADMOR, DORON TURGEMAN, EHUD
YAHALOM, and LINOR YOCHELMAN,

                  Defendants.

## <u>NOTICE OF MOTION TO DISMISS</u>

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law dated July

12, 2018, together with the Declaration of Nathaniel J. Kritzer dated July 12, 2018, and the

exhibits annexed thereto, Defendants Stella Handler, David Mizrahi, Allon Raveh, and Linor

Yochelman will move this Court, before the Honorable J. Paul Oetken, at the Thurgood Marshall

United States Courthouse, 40 Foley Square, New York, NY 10007, on a date and time to be

determined by the Court, for an Order pursuant to Federal Rule of Civil Procedure 12(b)(1) and

12(b)(6) dismissing Plaintiffs' Amended Complaint.

Dated: July 12, 2018
      New York, New York

                                        Kirkland & Ellis LLP

                                         */s/ Nathaniel J. Kritzer*

                                         Jay P. Lefkowitz
                                         Nathaniel J. Kritzer
                                         KIRKLAND & ELLIS LLP
                                         601 Lexington Avenue
                                         New York, New York 10022
                                         Telephone: (212) 446-4800
                                         Facsimile: (212) 446-6460
                                         Email: lefkowitz@kirkland.com
                                         Email: nathaniel.kritzer@kirkland.com

                                         *Attorneys for Defendants Stella Handler,*
                                         *David Mizrahi, Allon Raveh, and Linor*
                                         *Yochelman*