# CARTER LEDYARD & MILBURN LLP
*Counselors at Law*

Jacob H. Nemon
Associate

Direct Dial: 212-238-8728
E-mail: nemon@clm.com

2 Wall Street
New York, NY 10005-2072

Tel (212) 732-3200
Fax (212) 732-3232

570 Lexington Avenue
New York, NY 10022-6856
(212) 371-2720

February 3, 2020

**BY ECF**
Hon. J. Paul Oetken
United States District Court
Southern District of New York
40 Foley Square, Room 2101
New York, New York 10007

Re:  Rex & Roberta Ling Living Trust v. B Communications Ltd., 1:17-cv-04937 (JPO)

Dear Judge Oetken:

This firm represents Defendant B Communications Ltd. ("BComm") in the above-referenced action. We write jointly on behalf of BComm and Plaintiffs to advise the Court that the parties reached a settlement in principal.

Pursuant to the Rule 3(c) of Your Honor's individual practices, the parties jointly request a stay of all discovery, including the Rule 30(b)(6) deposition and document production that are required by the Court's orders to be completed on February 6, 2020 (*see* Dkt. Nos. 117 and 121), pending the Court's disposition of the forthcoming motion for final approval of the settlement.

Thank you for your attention to this matter.

Respectfully submitted,

Jacob H. Nemon

---

Granted. All filing deadlines and conference dates are hereby adjourned *sine die*. The parties are directed to file the motion for final approval of the settlement on or before March 3, 2020.
The currently pending motion for class certification is denied without prejudice to renewal in connection with the motion for approval of the settlement.
The Clerk of Court is directed to close the motions at Docket Numbers 97 and 122.
So ordered:
   February 4, 2020

---

9202248.3

J. PAUL OETKEN
United States District Judge