UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REX AND ROBERTA LING LIVING TRUST u/a DECEMBER 6, 1990, as AMENDED, JOHN TAYLOR JONES, and DAVID THOMAS JONES, Individually and on Behalf of All Others Similarly Situated,

Plaintiffs,

-against-

B COMMUNICATIONS LTD., EUROCOM COMMUNICATIONS LTD., SHAUL ELOVITCH, and OR ELOVITCH,

Defendants.

Case No. 1:17-cv-04937 (JPO)

ECF CASE

**DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**

I, Jeremy A. Lieberman, declare as follows:

1. I am managing partner of the firm Pomerantz LLP, court-appointed Lead Counsel in the action. I respectfully submit this declaration in support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement.

2. Annexed hereto are true and correct copies of the following documents:

Exhibit 1: Stipulation of Settlement, dated March 3, 2020 (the "Stipulation")

Exhibit A to the Stipulation: [Proposed] Order Preliminarily Approving Settlement and Providing for Notice

Exhibit A-1: Notice of Pendency of Class Action and Proposed Settlement; Settlement Hearing; and Motion for Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice")

Exhibit A-2: Proof of Claim Form and Release ("Proof of Claim")

Exhibit A-3: Summary Notice of Pendency of Class Action and Proposed Settlement; Settlement Hearing; and Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Summary Notice")

Exhibit B to the Stipulation: [Proposed] Final Judgment Approving Class Action Settlement ("Judgment")

Exhibit 2: Firm résumé of Pomerantz LLP

I declare under penalty of perjury under the law of the United States that the foregoing is true and correct. Executed this March 3, 2020, at New York, New York.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman