UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REX AND ROBERTA LING LIVING TRUST u/a DECEMBER 6, 1990, as AMENDED, JOHN TAYLOR JONES, and DAVID THOMAS JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>B COMMUNICATIONS LTD., EUROCOM COMMUNICATIONS LTD., SHAUL ELOVITCH, and OR ELOVITCH,<br><br>Defendants. | Case No. 1:17-cv-04937 (JPO)<br><br>Class Action<br><br>**Motion Date: August 10, 2020** |

### LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION OF SETTLEMENT PROCEEDS

**PLEASE TAKE NOTICE** that, upon the accompanying Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds, dated June 15, 2020, the accompanying Declaration of Jeremy A. Lieberman in Support of Lead Plaintiffs' (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff, dated June 15, 2020, the exhibits annexed thereto, and all prior papers and proceedings herein, Plaintiffs Rex and Roberta Ling Living Trust u/a December 6,1990, as Amended, John Taylor Jones, and David Thomas Jones (together, "Lead Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable J. Paul Oetken, at the United States District Court for the Southern District of New York, Thurgood Marshall United

States Courthouse, 40 Foley Square, Courtroom 706, New York, NY 10007, on August 10, 2020, at 11:00 a.m., for an Order (1) approving the terms and conditions of the Stipulation of Settlement, dated March 3, 2020 (the "Stipulation"), as fair, reasonable, and adequate for the settlement of all claims asserted by the Class against Defendants, (2) approving the proposed Plan of Allocation as a fair and reasonable method to allocate the Net Settlement Fund among Class Members, and (3) entering Judgment dismissing this Action with prejudice.  A proposed Final Judgment and Order of Dismissal with Prejudice granting the requested relief will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

Dated:  June 15, 2020

**POMERANTZ LLP**

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
Email: jalieberman@pomlaw.com
         cdavid@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

**BRONSTEIN, GEWIRTZ & GROSSMAN, LLC**
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel*