UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| REX AND ROBERTA LING LIVING TRUST u/a DECEMBER 6, 1990, as AMENDED, JOHN TAYLOR JONES, and DAVID THOMAS JONES, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>B COMMUNICATIONS LTD., EUROCOM COMMUNICATIONS LTD., SHAUL ELOVITCH, and OR ELOVITCH,<br><br>Defendants. | Case No. 1:17-cv-04937 (JPO)<br><br>Class Action<br><br>**Motion Date: August 10, 2020** |

**LEAD PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND COMPENSATORY AWARD TO LEAD PLAINTIFF**

**PLEASE TAKE NOTICE** that, upon the accompanying Lead Plaintiffs' Memorandum of Law in Support of Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiffs, dated June 15, 2020, the accompanying Declaration of Jeremy A. Lieberman in Support of Lead Plaintiffs' (1) Unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation of Settlement Proceeds and (2) Unopposed Motion for Award of Attorneys' Fees, Reimbursement of Expenses, and Compensatory Award to Lead Plaintiff, dated June 15, 2020, the exhibits annexed thereto, all other pleadings and matters of record, and such additional evidence or argument as may be presented at or before the hearing, Plaintiffs Rex and Roberta Ling Living Trust u/a December 6,1990, as Amended, John Taylor Jones, and David Thomas Jones (together, "Lead Plaintiffs"), through their undersigned attorneys, will move this Court, before the Honorable J. Paul Oetken,

at the United States District Court for the Southern District of New York, Thurgood Marshall United States Courthouse, 40 Foley Square, Courtroom 706, New York, NY 10007, on August 10, 2020, at 11:00 a.m., for an Order awarding (1) Lead Counsel attorneys' fees in the amount of three hundred thousand U.S. dollars ($300,000.00), plus interest, (2) reimbursement of $514,525.37 in out-of-pocket litigation expenses, and (3) a compensatory award to each of the three Lead Plaintiffs in the amount of two thousand U.S. dollars ($2,000.00, $6,000.00 cumulative) to be paid from the Settlement Fund.  A proposed Final Judgment and Order of Dismissal with Prejudice granting the requested relief will be submitted with Lead Plaintiffs' reply papers after the deadlines for objecting to the Settlement and requesting exclusion from the Class have passed.

Dated:  June 15, 2020

POMERANTZ LLP

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman
Cara David
600 Third Avenue, 20th Floor
New York, New York 10016
Telephone:  (212) 661-1100
Facsimile:  (917) 463-1044
Email: jalieberman@pomlaw.com
           cdavid@pomlaw.com

*Lead Counsel for Lead Plaintiffs and the Class*

BRONSTEIN, GEWIRTZ
& GROSSMAN, LLC
Peretz Bronstein
60 East 42nd Street, Suite 4600
New York, NY 10165
(212) 697-6484
peretz@bgandg.com

*Additional Counsel*