UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

REX AND ROBERTA LING LIVING
TRUST u/a DECEMBER 6, 1990, AS
AMENDED, et al., *individually and on
behalf of all others similarly situated*,
                          Plaintiffs,

            -v-

B COMMUNICATIONS LTD.*,* et al.,
                          Defendants.

17-CV-4937 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

The class action settlement hearing scheduled for August 10, 2020, will proceed as a telephone conference. Counsel and any interested parties are directed to call (888) 557-8511. The access code is 9300838. However, because notice has gone out to class members, I will take the call from Courtroom 706, 40 Foley Square, New York, New York, which will be open to the public.

      SO ORDERED.

Dated: July 29, 2020
       New York, New York

                                                       J. PAUL OETKEN
                                          United States District Judge